Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAUSHAL KAINTH, et al.<br><br>Defendants. | NO. CR09-158RAJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR COURT ORDER DIRECTING IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) and CUSTOMS & BORDER PATROL (CBP) TO RETAIN CERTAIN SEIZURES |

TO:   Immigration & Customs Enforcement, Seattle, Washington

United States Customs & Border Protection, Seattle, Washington

THIS MATTER is before the Court on the Government's Motion for Court Order Directing Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) to Retain Certain Seizures.

HAVING CONSIDERED this motion, the file and the records in this case, and there being no opposition, the Court orders Immigration and Customs Enforcement and Customs and Border Protection to retain the following drug seizures from this case:

Seizure Number 2009300100008301

Seizure Number 2009300100008401

Seizure Number 2009300100008501

///

Order Granting Government's Motion for Court Order
Directing ICE/CBP to Retain Certain Seizures
CR09-158RAJ/Kainth, et al. - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

THESE SEIZURES shall be retained until further order of this Court.

DATED this 24th day of July, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Order Granting Government's Motion for Court Order
Directing ICE/CBP to Retain Certain Seizures
CR09-158RAJ/Kainth, et al. - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800