Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR09-158RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO SEAL DOCUMENT |
| KAUSHAL KAINTH, | |
| Defendant. | |

Having read the Government's Supplement Regarding Sentencing in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that the Government's Supplement be allowed to remain under seal, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #212) is GRANTED. The Government's Supplement Regarding Sentencing in this matter shall remain sealed.

DATED this 17th day of June, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Granting Government's Motion to Seal Document
CR09-158RAJ/Kainth - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800