THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR09-158 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | |
| KAUSHAL KAINTH, | |
| Defendant. | |

The Court, having received and reviewed the Defendant's Motion to File Overlength Brief, and based on all of the other records and files in this case, and good cause appearing,

It is hereby ORDERED Defendant's Motion to File Overlength Brief (Dkt. #243) is GRANTED.

DATED this 29th day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780