THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAUSHAL KAINTH,<br><br>Defendant. | No. CR09-158 RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

THE COURT having received and reviewed the Motion to Seal Exhibit 1 of the Declaration of Counsel submitted in conjunction with Mr. Kainth's Reply in Support of Motion for Compassionate Release, and based on all of the other records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #222) is GRANTED. Exhibit 1 to the Declaration of Counsel will be maintained under seal.

DATED this 29th day of May 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge