The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>KAUSHAL KAINTH,<br><br>       Defendant. | No. 2:09-cr-00158-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR CORRECTION OF JAIL TIME CREDIT |

  THIS MATTER comes before the Court on Defendant Kaushal Kainth's *pro se* Motion for Correction of Jail Time Credit.  Dkt. 254.  Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby **DENIES** the motion.

  Mr. Kainth has filed a *pro se* motion requesting that the Court direct the Bureau of Prisons to give him credit for ten extra days of custodial time.  The Court agrees with the government's analysis set forth in its briefing that a defendant has an opportunity to challenge the calculation of credit for time served pursuant to 28 U.S.C. § 2241, however, under 28 U.S.C. § 2241(d), venue lies with the district court having personal jurisdiction over the defendant's custodian.  *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000); *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 495 (1973).  As Mr. Kainth is currently incarcerated at Great Plains CI in Hinton, Oklahoma, any such

ORDER - 1

motion contesting the calculation of his time served must be filed in the Western District of Oklahoma.

For the reasons set forth above, Mr. Kainth's motion is **DENIED**.

DATED this 10th day of February, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2